IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM HARDEN,<br><br>                Defendant. | 8:22CR41<br><br>ORDER |

      This matter is before the Court on defendant William Harden's ("Harden") Motion to Revoke Self Surrender for Sentence (Filing No. 47). Harden is asking the Court to reconsider his oral motion for self-surrender due to changes in his circumstances. The motion is unopposed. Based on the foregoing,

      IT IS ORDERED:

1. The unopposed Motion to Revoke Self Surrender for Sentence (Filing No. 47) is granted.

2. Harden is remanded to the custody of the U.S. Marshal effective May 12, 2023, no later than 12:00 p.m. at their office located at the Hruska Federal Building, 111 South 18th Street, Omaha, Nebraska.

3. If Harden fails to report as directed, the Court shall be notified immediately so a warrant may issue.

4. Harden remains subject to all the previously ordered conditions.

Dated this 9th day of May 2023.

                                              BY THE COURT:

                                              Robert F. Rossiter, Jr.
                                              Chief United States District Judge